**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE, WASHINGTON**

| | |
|---|---|
| JOHN DOE[1], <br><br>               Plaintiff, <br><br>          v. <br><br>HOLLAND AMERICA LINE INC., a Washington Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, and SEABOURN CRUISE LINE LIMITED d/b/a SEABOURN CRUISE LINE., a Bermuda Corporation, <br><br>               Defendant. | **NO.  2:20-cv-00452** <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal with prejudice. The Court has carefully reviewed the Stipulation and the record and is otherwise fully advised.

Accordingly, **IT IS SO ORDERED AND ADJUDGED as follows:**

1. The Stipulation is APPROVED;

2. The above-styled case is DISMISSED WITH PREJUDICE;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extend not otherwise disposed of, all pending motions are denied as MOOT and all deadlines are TERMINATED;

---

[1] The pseudonym "JOHN DOE" is a generic reference to the Plaintiff on whose behalf this lawsuit is brought.  Plaintiff's real name should neither be disclosed or made of public record due to the nature of the events described herein.  Defendants are aware of the identity of the Plaintiff.

5.  The Clerk of Court is directed to CLOSE this case.

Dated: December 3, 2020

Marsha J. Pechman
United States District Court Judge